IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ABRAHAM J. OSMAN AND
DOROTHY K. OSMAN,

                              Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

                              Defendant.

---

## COMPLAINT

---

The Plaintiffs, Abraham J. Osman and Dorothy K. Osman, by and through their attorneys, Kevin A. Planegger and Ted H. Merriam of the Merriam Law Firm, P.C., allege in their Complaint against the United States of America as follows:

### I.   PARTIES, JURISDICTION AND VENUE

1. The Plaintiffs, Abraham J. Osman and Dorothy K. Osman, are citizens of the United States and are residents of the State of Colorado.  Their current address is 5815 W. Mansfield Ave., #261, Denver, Colorado 80235.

2. The United States of America is the Defendant ("United States" or "IRS"), by and through the actions of its agency, the Internal Revenue Service.

3. This is a suit arising under Section 7422 of the Internal Revenue Code for the refund of income taxes and interest assessed and collected from the Plaintiffs.

4. Jurisdiction is conferred upon the Court by Section 1346(a)(1) of Title 28 of the United States Code.

5. Venue is proper in this Court because the Plaintiffs reside in the state of Colorado.

## II.   CLAIM FOR RELIEF

6. The Plaintiffs repeat and allege paragraphs 1 through 5 as if fully set forth herein.

7. In 1992, the Plaintiffs owned all of the stock of Schlosser Tool and Machinery Company ("Schlosser").

8. Pursuant to a sale agreement on December 31, 1992, Plaintiffs sold all of their stock in Schlosser to their son and daughter-in-law, Robert J. Osman and Carolyn S. Osman. The value of the company, $1,644,500, was established by an independent appraisal.

9. The $1,644,500 purchase price for the Schlosser stock was bifurcated into (1) a gift of $1,197,196 to fully utilize the Plaintiffs' unified estate and gift tax credit and (2) a sale of $447,304.

10. Robert J. Osman executed a ten-year promissory note in the amount of $447,304 payable to the Plaintiffs for the sale portion of the purchase price.

11.   Robert J. Osman made all monthly payments on the promissory note through 1998, and the Plaintiffs reported the sale of the company on the installment method (pursuant to Section 453 of the Internal Revenue Code) on their 1992 through 1998 jointly filed federal income tax returns.

12.  Robert J. and Carolyn S. Osman deducted the interest paid on the promissory note as investment interest on their jointly filed federal income tax returns for the years 1992 through 1998.

13.   In 1999, Schlosser's independent auditors discovered accounting errors that pre-dated the 1992 sale of the company and established that the prior independent appraisal substantially overvalued the company.

14.   To avoid litigation, the parties agreed to obtain a new appraisal and adjust the price of the company.  According to a formal agreement signed on April 18, 2000, the parties agreed that there had been an overpayment of $382,155.26 of principal and interest as a result of the erroneous original appraisal.

15.   As a result of the purchase price reduction, Robert J. and Carolyn S. Osman reported $95,352 of interest income on their jointly filed 1999 federal income tax returns.   This interest income was the total of the investment interest deductions taken on their 1992 through 1998 federal income tax returns.

16.   The Plaintiffs filed a claim for refund on June 6, 2000 for the 1999 tax year pursuant to Section 1341 of the Internal Revenue Code to obtain a credit in the 1999 tax year for the

federal income tax paid on their 1992 through 1998 returns attributable to the Schlosser stock sale.

17.   Pursuant to an agreement with the Internal Revenue Service dated November 27, 2002, the Plaintiffs accepted the IRS decision to disallow the 1999 refund claim on the premise that they would file the same refund claim for the 2000 tax year.

18.   Plaintiffs subsequently filed a claim for refund for the 2000 tax year pursuant to Section 1341 of the Internal Revenue Code to obtain a credit for the federal income tax paid on their 1992 through 1998 tax returns attributable to the Schlosser stock sale.

19.   The Plaintiffs' 2000 claim for refund was preliminarily denied on January 10, 2002, and the Plaintiffs filed an appeal to the IRS Appeals Office.

20.   The Plaintiffs' appeal was denied by the Internal Revenue Service Appeals Office in Denver, Colorado, and the Plaintiffs received legal notice that their claim was fully disallowed in a letter dated March 28, 2006.

21.   Plaintiffs have overpaid their income taxes for the tax year 2000 and are entitled to recover from Defendant the sum of $65,421, plus interest, no part of which has been repaid to Plaintiffs.

22.   Plaintiffs are the sole owners of their claim against the Defendant and have made no assignment of said claim.

## III.   **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs pray that:

A.   The Court enter judgment against the Defendant on the claim for relief in the amount set forth in paragraph 21; and

B.   The Court grant such other and further relief as the Court deems just and proper.

DATED:   November 17, 2006

Respectfully submitted,


S/Ted H. Merriam
Ted H. Merriam


S/Kevin A. Planegger
Kevin A. Planegger


S/Garret M. Francis
Garret M. Francis

MERRIAM LAW FIRM, P.C.
1625 Broadway, Suite 770
Denver, CO  80202
Telephone: (303) 592-5404
Fax: (303) 592-5439
E-mail: TMerriam@taxlaw2848.com
Attorney for Plaintiff

Address of Plaintiffs
Abraham J. Osman and
Dorothy K. Osman
5815 W. Mansfield Ave., #261
Denver, Colorado 80235