# 06-CV-02318

nMon Nov 20 07:45:34 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.   100 272539
Cashier        carol

C.C. Number: SEE CRED CARD       09/08

DO Code    Div No
 4613        1

```
Sub Acct Type Tender      Amount
1:510000  N     4         190.00
2:086900  N     4          60.00
3:086400  N     4         100.00
```

Total Amount       $    350.00

FROM MERRIAM LAW FIRM

FILING FEE 06-CV-02318, OSMAN V US, CAH