IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ABRAHAM J. OSMAN AND
DOROTHY K. OSMAN,

    Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**DEMAND FOR JURY TRIAL**

---

  The Plaintiffs, Abraham J. Osman and Dorothy K. Osman, by and through their attorneys, Kevin A. Planegger and Ted H. Merriam of the Merriam Law Firm, P.C., hereby demand a trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

  DATED:  November 17, 2006

        Respectfully submitted,

        <u>S/Ted H. Merriam</u>
        Ted H. Merriam

        <u>S/Kevin A. Planegger</u>
        Kevin A. Planegger

        MERRIAM LAW FIRM, P.C.
        1625 Broadway, Suite 770
        Denver, CO  80202
        Telephone: (303) 592-5404
        Fax: (303) 592-5439
        E-mail: TMerriam@taxlaw2848.com
        Attorney for Plaintiff