TROY A. EID
United States Attorney
District of Colorado
1225 Seventeenth Street
Denver, CO 80202

RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Civil No.  1:06-cv-02318-MSK |

UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO ANSWER OR OTHERWISE RESPOND

The United States of America, by its undersigned counsel, moves the Court for

an extension of time, until February 9, 2007, to answer or otherwise respond to

Plaintiffs' complaint for the following reasons:

1.  Plaintiffs commenced the instant action on November 17, 2006, and served the

complaint upon the United States Attorney on November 21, 2006. Accordingly, pursuant to Fed. R. Civ. P. 12(a)(3)(A), the United States' response is currently due on January 22, 2007.

2. The Department of Justice, Tax Division, is the primary counsel for the United States in the resolution of this matter. On December 5, 2006, the Department of Justice, Tax Division, contacted the IRS Office of Chief Counsel, Denver, Colorado, and requested the administrative file in this case. As of January 16, 2007, counsel for the United States has not receive the relevant administrative file. Without the administrative file, the United States is unable to prepare a response to Plaintiffs' complaint.

3. Therefore, the United States requests an extension of time, until February 9, 2007, to answer or otherwise respond to Plaintiffs' complaint.

4. Counsel for the United States conferred with Plaintiffs' counsel Kevin A. Planegger on January 11, 2007, and Mr. Planegger has no objection to the requested extension of twenty days.

5. The requested extension is not being made for purposes of delay, but to allow for a review of the relevant administrative materials. The United States has not obtained any previous extensions in this matter.

WHEREFORE the United States prays that the Court extend the time to answer or otherwise respond until February 9, 2007, and grant such other and further relief as is just and proper.

                                                TROY A. EID
                                              United States Attorney

Dated: January 16, 2007            /s/ Rickey Watson
                                              RICKEY WATSON
                                              MICHAEL G. PITMAN
                                              Trial Attorneys, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 683
                                              Ben Franklin Station
                                              Washington, D.C. 20044-0683
                                              Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>    Plaintiffs,<br><br>               v.<br><br>United States of America,<br><br>    Defendant. | Civil No.  1:06-cv-02318-MSK |

[PROPOSED] ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that Defendant United States of America shall have until February 9, 2007, to answer or otherwise respond to Plaintiffs' complaint.

Dated _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND and PROPOSED ORDER has been made this 16th day of January, 2007, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439

>/s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Dept. of Justice