IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, et al.,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant United States' Unopposed Motion for Extension of Time to Answer or Otherwise Defend (docket no. 4) is GRANTED finding good cause shown. Defendant United States shall have up to and including February 9, 2007, to Answer or otherwise defend.

Date: January 29, 2007