TROY A. EID
United States Attorney
District of Colorado
1225 Seventeenth Street
Denver, CO 80202

RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>    Plaintiffs,<br><br>            v.<br><br>United States of America,<br><br>    Defendant. | Civil No. 06-cv-2318-MSK-MJW |

<b>DEFENDANT UNITED STATES OF AMERICA'S
UNOPPOSED MOTION TO ALLOW COUNSEL TO ATTEND
SCHEDULING CONFERENCE BY TELEPHONE</b>

The United States of America ("United States"), by its undersigned counsel, moves the Court for an Order allowing counsel for the United States to appear by telephone at the Scheduling Conference set for March 26, 2007, at 10:30 a.m. for the following reasons:

1.	The United States Department of Justice, Tax Division, Washington, D.C., has primary litigating responsibility in the above-captioned matter.  Michael Pitman, a trial attorney in that office, has been designated as co-counsel for the United States in this matter.

2.	The United States respectfully requests that its counsel, Michael Pitman, be allowed to appear by telephone at the Scheduling Conference set for March 26, 2007.  Mr. Pitman's office is located in Washington, D.C., and he has no other personal appearances scheduled in the Denver area during the months of March or April.

3.	Counsel for the United States conferred with Plaintiffs' counsel Kevin A. Planegger on March 16, 2007, and Mr. Planegger has no objection to the requested relief.

WHEREFORE the United States respectfully requests that the Court grant the instant motion and allow Mr. Pitman to appear by telephone at the Scheduling Conference set for March 26, 2007.


|  |  |
|---|---|
|  | TROY A. EID |
|  | United States Attorney |
| Dated:  March 16, 2007 | s/ Michael G. Pitman |
|  | RICKEY WATSON |
|  | MICHAEL G. PITMAN |
|  | Trial Attorneys, Tax Division |
|  | U.S. Department of Justice |
|  | P.O. Box 683 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044-0683 |
|  | Telephone: (202) 305-7938 |

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>    Plaintiffs,<br><br>              v.<br><br>United States of America,<br><br>    Defendant. | Civil No. 1:06-cv-02318-MSK |

[PROPOSED] ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that counsel for Defendant United States of America may attend the Scheduling Conference set for March 26, 2007 by telephone.

Dated _____, 2007.

                                                                         _____
                                                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO ALLOW COUNSEL TO ATTEND SCHEDULING CONFERENCE BY TELEPHONE has been made this 16th day of March, 2007, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439

>s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Dept. of Justice