IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, et al.,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant United States of America's Unopposed Motion to Allow Counsel to Attend Scheduling Conference by Telephone (docket no. 10) is GRANTED.  Counsel for Defendant USA shall telephone the court's chambers on March 26, 2007, at 10:30 a.m. Denver time for the Rule 16 Scheduling Conference. The court's telephone number is (303) 844-2403.

Date:  March 19, 2007