# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-02318-MSK-MJW					FTR

**Date:**  March 26, 2007						Shelley Moore, Deputy Clerk

ABRAHAM J. OSMAN, et al.,					Kevin A. Planegger
									Theodore (Ted) H. Merriam

                Plaintiff(s),

v.

USA,									Michael G. Pitman

                Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session 10:32 a.m.**
[X]	Scheduling Order entered as amended.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.
<u>DEADLINES</u>:
Joinder of Parties/Amendment to Pleadings: May 4, 2007
Fact Discovery: August 1, 2007
Dispositive Motions Deadline: September 7, 2007
Plaintiff's Disclosure of Experts: May 31, 2007
Defendant's  Disclosure of Experts: May 31, 2007
Defendant's Rebuttal of Plaintiff's Experts: June 29,2007
Plaintiff's Rebuttal of Defendant's Experts: June 29, 2007
Interrogatories: June 1, 2007
Requests for Production of documents:  June 1, 2007
Requests for Admissions:  June 1, 2007

**SETTLEMENT CONFERENCE** set for: **July 30, 2007, at 1:30 p.m.**
Confidential settlement statements are due to Magistrate Judge Watanabe (and not to the trial judge) via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov, by **July 25, 2007**.  <u>In the subject line of the e-mail, counsel shall list the case number, short caption, and "confidential settlement statement."</u>
      All attorneys, parties and/or representatives with full settlement authority shall be present at the settlement conference in courtroom A-502.  Valid photo identification is required to enter the courthouse.  (See attachment for more information.)

**FINAL PRETRIAL CONFERENCE** set for: (to be set by Judge Krieger)

TRIAL:
Trial Preparation Conference set for:
Trial to  [  ] Court   [X] Jury   for 3 days is set for

OTHER ORDERS:
Each side shall be limited to 2 expert witnesses.
Each side shall be limited to 8 fact depositions.

**ORDERED:**    The parties shall submit their deposition schedule by April 6, 2007.

**ORDERED:**    Counsel shall contact Judge Krieger's chambers today to obtain a trial date and a final pretrial conference date.

**ORDERED:**    Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**ORDERED:**    Mr. Garret M. Francis shall forthwith register for electronic filing.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

**Court in Recess 10:48 a.m.**
Total In-Court Time 0:16 , hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.

INFORMATION FOR SETTLEMENT CONFERENCES
BEFORE MAGISTRATE JUDGE WATANABE

Counsel and pro se litigants **shall have parties present** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."  **No party shall be permitted to attend the settlement conference by phone unless that party has obtained leave of Court following the filing of an appropriate motion, no later than five (5) business days prior to the settlement conference date.**

In order that productive settlement discussions can be held, the parties shall prepare and submit **two** settlement documents:  one to be mailed to the other party or parties, and the other to be mailed only to the Magistrate Judge.  The documents which are presented to opposing parties shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and shall present a demand or offer.   These documents should be intended to persuade the clients and counsel or pro se litigant on the other side.

The document to be mailed to the Magistrate Judge shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel or the pro se litigant wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

ECF participants shall e-mail their Confidential Settlement Statements to chambers with a subject line "Confidential Settlement Statement" to: Watanabe_Chambers@cod.uscourts.gov, no later than five (5) business days prior to the settlement conference date.  The Confidential Settlement Statement should be in PDF format and sent as an *attachment* to the e-mail.  Statements containing more than 15 pages *should also be submitted to chambers on paper* (hard copy), with the envelope addressed to "Magistrate Judge Watanabe Chambers, Personal and Confidential".  Confidential Settlement Statements prepared by parties not represented by counsel, or without access to ECF, shall be submitted on paper to the Clerk's Office.