UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Civil No.  06-cv-2318-MSK-MJW |

**SUPPLEMENTAL SCHEDULING ORDER**

Pursuant to the Court's March 26, 2007 Order (Doc. # 16), the parties hereby submit the following preliminary[1] Deposition Schedule.

| NAME OF DEPONENT | DATE OF DEPOSITION | TIME OF DEPOSITION | DURATION OF DEPOSITION |
|---|---|---|---|
| Abraham J. Osman | 5/30/07 | 9:00 a.m. | 7 testimonial hours |
| Dorothy K. Osman | 5/30/07 | 9:00 a.m. | 7 testimonial hours |
| Robert Osman | 5/31/07 | 9:00 a.m. | 7 testimonial hours |
| Carolyn Osman | 5/31/07 | 9:00 a.m. | 7 testimonial hours |
| Representative of Schlosser Tool & Machinery Co. | 6/1/07 | 9:00 a.m. | 7 testimonial hours |
| Representative of the firm that produced the 1992 appraisal of Schlosser Tool & Machinery Co. | 6/1/07 | 9:00 a.m. | 3.5 testimonial hours |
| Representative of the firm that produced the 1999 appraisal of Schlosser Tool & Machinery Co. | 6/1/07 | 1:00 a.m. | 3.5 testimonial hours |

---

[1] The United States reserves the right to alter the Deposition Schedule upon receipt of Plaintiffs' Rule 26(a)(1) disclosures.

APPROVED:

FOR PLAINTIFF:                                              FOR THE UNITED STATES OF AMERICA:

/s/ Kevin A. Planegger                                      /s/ Michael G. Pitman
KEVIN A. PLANEGGER, Esq.                                    MICHAEL G. PITMAN. Esq.
Merriam Law Firm                                            Trial Attorney, Tax Division
1625 Broadway, Suite 770                                    U.S. Department of Justice
Denver, CO 80202                                            555 4th Street, NW
Telephone: (303-592-5404)                                   Washington, D.C.  20001
Attorney for Plaintiff                                      Telephone: (202-305-7938)
                                                            Attorney for Defendant