# MINUTE ENTRY
# FOR
# SETTLEMENT CONFERENCE MEMORANDUM

TO:　　　　Docketing

DATE:　　　July 30, 2007

FROM:　　　Michael J. Watanabe
　　　　　　U.S. Magistrate Judge

SUBJECT:　Case No. 06-CV-02318-MSK-MJW
　　　　　　Caption: Osman et al. v. United States of America

A Settlement Conference was held on July 30, 2007 and no settlement was reached.

Settlement Conference and Preparation Time 2 hours 00 minutes.

Settlement Conference concluded:　　Yes
Record Made:　　　No

CC:　　District Judge Krieger
　　　　Magistrate Judge Watanabe