IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, et al.,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the parties shall file a Joint Status Report on or before August 14, 2007. This report shall update this court on the status of settlement following the settlement conference conducted today, July 30, 2007.

Date:  July 30, 2007