TROY A. EID
United States Attorney
District of Colorado
1225 Seventeenth Street
Denver, CO 80202

RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>    Plaintiffs,<br><br>            v.<br><br>United States of America,<br><br>    Defendant. | Civil No.  06-cv-2318-MSK-MJW |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order, dated July 31, 2007 (Doc. # 19), Plaintiffs Abraham J. and Dorothy K. Osman, and Defendant the United States (the "Parties") hereby submit this Joint Status Report:

The Parties continue to evaluate the possibility of resolving this matter through a negotiated settlement.  Since the Settlement Conference on July 30, 2007, the parties have been collecting and analyzing relevant information, and they anticipate engaging

in negotiations shortly.  At this time, the Parties do not believe a second Settlement

Conference would be fruitful.


Respectfully submitted this 14th day of August, 2007:


| s/ Kevin A. Planegger | s/ Michael G. Pitman |
|---|---|
| KEVIN A. PLANEGGER | MICHAEL G. PITMAN |
| Merriam Law Firm | Trial Attorney, Tax Division |
| 1625 Broadway, Suite 770 | U.S. Department of Justice |
| Denver, CO 80202 | 555 4th Street, NW |
| Telephone: (303) 592-5404 | Washington, D.C. 20001 |
| Attorney for Plaintiffs | Telephone: (202) 305-7938 |
|  | Attorney for Defendant |

2