**CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that service of the foregoing JOINT STATUS REPORT has been made this 14th day of August, 2007, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439

>s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Dept. of Justice