IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, et al.,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

    Based upon the written Status Report (docket no. 20), it is hereby ORDERED that the parties shall move forward with their discovery and shall comply with all deadlines set by this court to complete discovery.  The parties may request a further settlement conference by motion.

Date:  August 15, 2007