**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT UNITED

STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT has been made this

7th day of September, 2007, by placing copies in the United States Mail addressed to the

following:

>
> Garret Marsh Francis
> Kevin A. Planegger
> Theodore (Ted) H. Merriam
> Merriam Law Firm, P.C.
> 1625 Broadway, #770
> Denver, CO 80202
> 303-592-5404
> Fax: 303-592-5439

>
>
> s/ Michael G. Pitman
> MICHAEL G. PITMAN
> Trial Attorney, Tax Division
> U.S. Dept. of Justice