IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

       Plaintiffs,

v.

THE UNITED STATES OF AMERICA

       Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

---

       Plaintiffs Abraham J. Osman and Dorothy K. Osman, by their undersigned counsel, move the Court for an extension of time, until October 10, 2007, to respond to the United States' Motion for Summary Judgment filed on September 7, 2007.

       The reasons for this Motion are as follows:

       1.      Plaintiffs commenced this action on November 17, 2006.

       2.      The United States filed a Motion for Summary Judgment on September 7, 2007.

       3.      The Plaintiffs request an extension of time until October 10, 2007 to file their response to the Motion for Summary Judgment.

       4.      The Plaintiffs' primary counsel is obligated to attend a previously scheduled conference in Washington, D.C. with the Department of Justice on another case. Preparation for

this conference has required substantial time and made it impossible to prepare a response to the Motion for Summary Judgment in this case by the current deadline of September 27, 2007.

5.  The Plaintiffs' counsel has conferred with counsel for the United States, and counsel has no objection to an extension until October 10, 2007 to file a response to their Motion for Summary Judgment.

6.  The requested extension is not being made for purposes of delay.

WHEREFORE, the Plaintiffs pray that the Court extend the time to respond to the United States' Motion for Summary Judgment until October 10, 2007, and grant such other and further relief as is just and proper.

DATED: September 24, 2007

                                        S/Kevin A. Planegger
                                        Kevin A. Planegger

                                        MERRIAM LAW FIRM, P.C.
                                        1625 Broadway, Suite 770
                                        Denver, CO  80202
                                        Telephone: (303) 592-5404
                                        Facsimile: (303) 592-5439
                                        E-mail: TMerriam@taxlaw2848.com
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Michael.G.Pitman@usdoj.gov, western.taxcivil@usdoj.gov
> Rickey.watson@usdoj.gov, western.taxcivil@usdoj.gov

> S/Kevin A. Planegger
> Kevin A. Planegger