IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

        Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

        Defendant.
_____

## ORDER DENYING UNOPPOSED MOTION
_____

        **THIS MATTER** comes before the Court pursuant to the Unopposed Motion for Extension of Time to Respond to Motion for Summary Judgment (Unopposed Motion) **(#24)**.

        1. Counsel for Plaintiffs has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

        2. Counsel for Plaintiffs did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

        **IT IS THEREFORE ORDERED** that the Unopposed Motion is **DENIED**, without prejudice.

        Dated this 25th day of September, 2007.

        **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge