# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA

    Defendant.

## ORDER

Upon Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants Motion for Summary Judgment, and for good cause shown, it is hereby ORDERED that Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment is GRANTED, and Plaintiffs shall have up to and including October 10, 2007 to file their response.

DATED: _____, 2007.

                                                                                              UNITED STATES DISTRICT JUDGE