IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

       Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

## ORDER

Upon Plaintiffs' Second Unopposed Motion for Extension of Time to Respond to Defendants Motion for Summary Judgment **(#26)**, and for good cause shown, it is hereby

**ORDERED** that Plaintiffs' Second Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiffs shall have up to and including **October 10, 2007,** to file their response.

Dated this 25th day of September, 2007.

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*

                                    Marcia S. Krieger
                                    United States District Judge