1    A.    Yeah.

2    Q.    Did that occur sometime in 1992?

3    A.    A long time ago.  It's a little blurry.  I
4  want to qualify with that, but I would say it
5  started a year to two years prior.

6    Q.    And once you became aware that this was a
7  possibility, did you engage in negotiations with
8  your father?

9    A.    No.  We had a third-party financial planner
10 that we talked with, Jerry O'Laughlin -- might have
11 heard his name earlier today -- the accounting
12 firm; Joe Morris, the company attorney.  And I
13 would tell you, we leaned fairly heavily on those
14 individuals.  Well, certainly I did, having never
15 been through anything like that before.

16   Q.    Other than the two advisors that you've
17 just mentioned, were there any other professional
18 assistants in preparation for the transfer?

19   A.    Well, Quist, who did the valuation; the
20 accounting firm at the time.  You know, there was
21 discussion with a couple of the employees; Bob
22 Moody, who was the controller at the time.  I had
23 casual conversations with some other individuals,
24 personal friends.

25   Q.    Did you ever hire your own attorney?

EXHIBIT

19

1   A.   Joe Morris.
2   Q.   Did you ever -- Joe Morris also represented
3   your father in this transaction; is that correct?
4   A.   That's correct.
5   Q.   Did you ever consider hiring an attorney
6   solely for yourself?
7   A.   No.
8   Q.   Did you ever -- I understand that your
9   father and you were receiving advice from the
10  accountant that you've already mentioned.  Did you
11  ever consider hiring an accountant of your own?
12  A.   Well, again, there was the corporate
13  accountant, the third party at the time, the BKD,
14  that we used.
15  Q.   Did you ever consider going out independently
16  and hiring a completely unrelated accountant to
17  assist you in the transaction?
18  A.   I did not.
19  Q.   Was there anything preventing you from
20  doing that?  Did your father prohibit you from
21  doing that?
22  A.   No, I don't think he could have, if that's
23  what I wanted to do.
24  Q.   But you didn't want to do it?
25  A.   Honestly, the thought never crossed my

20

1  mind.  I had always been treated fairly.  I had a
2  lot of confidence in the people I was surrounded
3  by.  I just didn't feel there was a need at the
4  time.
5      Q.  Do you remember the substance of any of the
6  conversations you had with Mr. Moody about the
7  transaction?
8      A.  Not really, nothing I could point out and
9  discuss.
10     Q.  It's my understanding that Quist Valuation
11 did an evaluation of the appropriate value of
12 Schlosser in sometime in the second -- or sorry,
13 third and fourth quarters of 1992; is that correct?
14     A.  I don't know the exact dates, but certainly
15 he spent some time doing a valuation, yes, that
16 sounds about the right time.
17     Q.  Had Quist done any work for you, your
18 father or Schlosser before then?
19     A.  No.
20     Q.  Do you know why Quist was selected to do
21 that work?
22     A.  I believe he was recommended by Jerry
23 O'Laughlin.  I'm sorry.  I don't know how to spell
24 it.
25     Q.  And after Mr. O'Laughlin recommended Quist,

1    A.   That's correct.
2         MR. PITMAN:  Can we go off the record for a
3    second?
4         (Whereupon, a recess was taken at
5    3:42 p.m.)
6         (Whereupon, the proceedings resumed at
7    3:52 p.m.)
8    Q.   (By Mr. Pitman)  Back on the record.
9         Mr. Osman, we just had a break.  Did you
10   have any discussions with Mr. Planegger or
11   Mr. Merriam while you were in the hallway?
12   A.   Yes.
13   Q.   What did you guys talk about?
14   A.   I asked them if I said anything that was
15   damaging.  They basically said, no.  Said they were
16   going to have some questions for me about a couple
17   different things.  Drawing a little bit of blank on
18   it right now, what payment of taxes, what I paid,
19   and that was it.
20        MR. PITMAN:  That's the extent of my
21   questions, gentlemen.
22                    EXAMINATION
23   BY MR. MERRIAM:
24   Q.   Okay.  As we discussed in the hallway, when
25   you found out about this mistake and you read the

1  purchase contract and reduced the price, did you
2  change your income tax returns in any way?
3     A.  Yes, I did.
4     Q.  Would you explain how you changed --
5  amended your prior income tax returns?
6     A.  Well, essentially, I had taken deductions,
7  a higher level than what I should have. I paid
8  more interest than I should have with the
9  revaluation. So I amended those, and reduced those
10 deductions and increased the taxes I paid.
11    Q.  Did you do that on your own or did you do
12 that with some professional advice?
13    A.  That's a good question. That would have
14 come from the accounting firm, I suspect. I forget
15 why we did that. You know, we had several
16 individuals involved in helping with that. And
17 what we were told, the right thing to do was for me
18 to pay more tax, if we don't have a refund, and to
19 document it properly; that was the right way to
20 handle it.
21    Q.  Do you know how much extra tax you paid on
22 those amended returns?
23    A.  I believe it was around 55,000, plus or
24 minus five grand.
25    Q.  Near the end, you had mentioned that your

```
 1   father told you that he felt he had a legal and
 2   moral obligation to reduce the price when the
 3   mistakes were discovered, is that correct?
 4        A.   That's correct.
 5        Q.   Do you think he had a legal obligation to
 6   correct it?
 7        A.   Oh, absolutely.  The business was overvalued.
 8   i mean, if it had been anybody, something would
 9   have had to been done there.  It was misrepresented.
10        Q.   When you purchased the business in 1992 or
11   1993, was there a purchase -- a written contract
12   that documented that?
13        A.   Yes.
14        Q.   Do you know, did that contract contain
15   warranties of the seller?
16        A.   I don't recall.  I looked for my contract
17   last night.  I couldn't find it.  So I don't recall
18   if there were warranties in there or not.
19        Q.   Okay.  Did Joe Morris draft that contract?
20        A.   Yes.
21        Q.   In 1992, when you agreed on the purchase
22   price with your father based on the appraised
23   value, how then did you and your father agree to
24   allocate the price between the part gift and part
25   sale?  How did you come up with those numbers to
```