COPY Secured by SB/SE

# Generation-Skipping Transfer Tax Return

(Revenue Code) (For gifts made after October 8, 1990, and before January 1, 1993)

► See separate instructions. For Privacy Act Notice, see the Instructions for Form 1040.

Calendar year 19 92

OMB No. 1545-0020
Expires 8-31-93

| | | |
|---|---|---|
| 1 Donor's first name and middle initial<br>Abraham J. | 2 Donor's last name<br>Osman | 3 Social security number |
| 4 Address (number, street, and apartment number)<br>301 Bryant Street | | |
| City, state, and ZIP code<br>Denver, CO 80219 | | 5 Legal residence (Domicile)<br>Colorado |
| | | 7 Citizenship<br>USA |

## Part 1—General Information

| | | Yes | No |
|---|---|---|---|
| 8 If the donor died during the year, check here ► ☐ and enter date of death................, 19...... | | | |
| 9 If you received an extension of time to file this Form 709, check here ► ☐ and attach the Form 4868, 2688, 2350, or extension letter | | | |
| 10 Enter the total number of separate donees listed on Schedule A—count each person only once | 4 | | |
| 11a Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If the answer is "No," do not complete line 11b | | | |
| 11b If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | | |
| 12 Gifts by husband or wife to third parties.—Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13-18 and go to Schedule A.) | | | X |
| 13 Name of consenting spouse | 14 SSN | | |
| 15 Were you married to one another during the entire calendar year? (See instructions.) | | | X |
| 16 If the answer to 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed, and give date (see instructions) ► | | | |
| 17 Will a gift tax return for this calendar year be filed by your spouse? | | | |
| 18 Consent of Spouse—I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | | |

Consenting spouse's signature ► ............................................. Date ►

## Part 2—Tax Computation

| | | |
|---|---|---|
| 1 Enter the amount from Schedule A, Part 3, line 15 | 1 | 582,549 |
| 2 Enter the amount from Schedule B, line 3 | 2 | 0 |
| 3 Total taxable gifts (add lines 1 and 2) | 3 | 582,549 |
| 4 Tax computed on amount on line 3 (see Table for Computing Tax in separate instructions) | 4 | 186,343 |
| 5 Tax computed on amount on line 2 (see Table for Computing Tax in separate instructions) | 5 | 0 |
| 6 Balance (subtract line 5 from line 4) | 6 | 186,343 |
| 7 Maximum unified credit (nonresident aliens, see instructions) | 7 | 192,800 00 |
| 8 Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 8 | 0 |
| 9 Balance (subtract line 8 from line 7) | 9 | 192,800 |
| 10 Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 10 | 0 |
| 11 Balance (subtract line 10 from line 9) | 11 | 192,800 |
| 12 Unified credit (enter the smaller of line 6 or line 11) | 12 | 186,343 |
| 13 Credit for foreign gift taxes (see instructions) | 13 | 0 |
| 14 Total credits (add lines 12 and 13) | 14 | 186,343 |
| 15 Balance (subtract line 14 from line 6) (do not enter less than zero) | 15 | 0 |
| 16 Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, total) | 16 | 0 |
| 17 Total tax (add lines 15 and 16) | 17 | 0 |
| 18 Gift and generation-skipping transfer taxes prepaid with extension of time to file | 18 | 0 |
| 19 If line 18 is less than line 17, enter BALANCE DUE (see instructions) | 19 | 0 |
| 20 If line 18 is greater than line 17, enter AMOUNT TO BE REFUNDED | 20 | 0 |

DO NOT PROCESS

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

Donor's signature ► *Janelle E. Segelberg*   Date ►

Preparer's address (other than donor) ► 303 E. 17th Avenue, #888, Denver, CO 80203   Date ► 4-12-93

For Paperwork Reduction Act Notice, see page 1 of the separate Instructions for this form.   Cat. No. 16783M   Form 709 (Rev. 11-91)

EXHIBIT

...on of T...ble Gifts
...only to Gift Tax. Gifts t... political organization, medical, and educational exclusions—see instructions

| A Item number | B Donee's name, relationship to donor (if any), and address and description of gift. If the gift was made by means of a trust, enter trust's identifying number below and attach a copy of the trust instrument. If the gift was securities, enter the CUSIP number(s), if available. | C Donor's adjusted basis of gift | D Date of gift | E Value at date of gift |
|---|---|---|---|---|
| | See attached Exhibit A — Stock To: Robert / To: Carolyn | 130,017 / 285,125 / 415,142 | 12/31/92 / 12/31/92 | 187,473 / 411,125 / 598,598 / 600,000 — Per original settlement statement / (A) Variance of 1,402 |
| | (A) Variance — Not Material — Pass | | | |

**Part 2.**—Gifts Which are Direct Skips and are Subject to Both Gift Tax and Generation-Skipping Transfer Tax. You must list the gifts in chronological order. Gifts less political organization, medical, and educational exclusions—see instructions. (Also list here direct skips that are subject only to the GST tax at this time as the result of the termination of an "estate tax inclusion period." See instructions.)

| A Item number | B Donee's name, relationship to donor (if any), and address and description of gift. If the gift was made by means of a trust, enter trust's identifying number below and attach a copy of the trust instrument. If the gift was securities, enter the CUSIP number(s), if available. | C Donor's adjusted basis of gift | D Date of gift | E Value at date of gift |
|---|---|---|---|---|
| 1 | Donee: Abraham J. Osman Irrevocable Trust dated 11-21-89<br>EIN: 84-6230459<br>Address: c/o Robert Osman, Co-Trustee<br>301 Bryant, Denver, CO 80219<br>Gift: Cash | 3,952 | | 3,952 |

**Part 3.—Gift Tax Reconciliation**

| | | |
|---|---|---|
| 1 | Total value of gifts of donor (add column E of Parts 1 and 2) | 1 | 615,453 |
| 2 | One-half of items ............ attributable to spouse (see instructions) | 2 | 0 |
| 3 | Balance (subtract line 2 from line 1) | 3 | 615,453 |
| 4 | Gifts of spouse to be included (from Schedule A, Part 3, line 2 of spouse's return—see instructions). If any of the gifts included on this line are also subject to the generation-skipping transfer tax, check here ▶ ☐ and enter those gifts also on Schedule C, Part 1. | 4 | 0 |
| 5 | Total gifts (add lines 3 and 4) | 5 | 615,453 |
| 6 | Total annual exclusions for gifts listed on Schedule A (including line 4, above) (see instructions) | 6 | 32,904 |
| 7 | Total included amount of gifts (subtract line 6 from line 5) | 7 | 582,549 |

Deductions (see instructions)

| 8 | Gifts of interests to spouse for which a marital deduction will be claimed, based on items ........... of Schedule A | 8 | 0 |
| 9 | Exclusions attributable to gifts on line 8 | 9 | 0 |
| 10 | Marital deduction—subtract line 9 from line 8 | 10 | 0 |
| 11 | Charitable deduction, based on items ........ to .......... less exclusions | 11 | 0 |
| 12 | Total deductions—add lines 10 and 11 | 12 | 0 |
| 13 | Subtract line 12 from line 7 | 13 | 582,549 |
| 14 | Generation-skipping transfer taxes payable with this Form 709 (from Schedule C, Part 3, col. H, Total) | 14 | 0 |
| 15 | Taxable gifts (add lines 13 and 14). Enter here and on line 1 of the Tax Computation on page 1 | 15 | 582,549 |

(If more space is needed, attach additional sheets of same size.)

...tion of Tax Gifts (continued)

...terest (QTIP) Marital Deduction. (See instructions.)

If a trust (or other property) meets the requirements of qualified terminable interest property under section 2523(f), and

the trust (or other property) is listed on Schedule A, and

the value of the trust (or other property) is entered in whole or in part as a deduction on line 8, Part 3 of Schedule A,

the donor shall be deemed to have made an election to have such trust (or other property) treated as qualified terminable interest property under section 2523(f).

If less than the entire value of the trust (or other property) that the donor has included in Part 1 of Schedule A is entered as a deduction on line 8, the donor shall be considered to have made an election only as to a fraction of the trust (or other property). The numerator of this fraction is equal to the amount of the trust (or other property) deducted on line 10 of Part 3. The denominator is equal to the total value of the trust (or other property) listed in Part 1 of Schedule A.

If you make the QTIP election (see instructions for line 8 of Schedule A), the terminable interest property involved will be included in your spouse's gross estate upon his or her death (section 2044). If your spouse disposes (by gift or otherwise) of all or part of the qualifying life income interest, he or she will be considered to have made a transfer of the entire property that is subject to the gift tax (see Transfer of Certain Life Estates on page 3 of the instructions).

17 Election out of QTIP Treatment of Annuities

☐ ◄ Check here if you elect under section 2523(f)(6) NOT to treat as qualified terminable interest property any joint and survivor annuities that are reported on Schedule A and would otherwise be treated as qualified terminable interest property under section 2523(f). (See instructions.) Enter the item numbers (from Schedule A) for the annuities for which you are making this election ►

**SCHEDULE B — Gifts From Prior Periods**

If you answered "Yes" on line 11a of Page 1, Part 1, see the instructions for completing Schedule B. If your answer is "No," skip to the Tax Computation on Page 1 (or Schedule C, if applicable).

| A<br>Calendar year or calendar quarter (see instructions) | B<br>Internal Revenue office where prior return was filed | C<br>Amount of unified credit against gift tax for periods after December 31, 1976 | D<br>Amount of specific exemption for prior periods ending before January 1, 1977 | E<br>Amount of taxable gifts |
|---|---|---|---|---|
| | N/A | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Totals for prior periods (without adjustment for reduced specific exemption) . . . . . . . . . . . . . . . . | 1 | —0— | —0— | —0— |
| 2 | Amount, if any, by which total specific exemption, line 1, column D, is more than $30,000 . . . . . | 2 | | —0— | |
| 3 | Total amount of taxable gifts for prior periods (add amount, column E, line 1, and amount, if any, on line 2) (Enter here and on line 2 of the Tax Computation on page 1.) . . . . . . . . . . | 3 | | —0— | |

(If more space is needed, attach additional sheets of same size.)

... of Generation-Skipping Transfer Tax

Note: Inter vivos direct s... which are completely excluded by the GST exemption must still be fully reported (including value and exemptions claimed) on Schedule C.

## Part 1.—Generation-Skipping Transfers

| A<br>Item No.<br>(hedule A,<br>col. A) | B<br>Value<br>(from Schedule A,<br>Part 2, col. E) | C<br>Split Gifts<br>(enter ½ of col. B)<br>(see instructions) | D<br>Subtract col. C<br>from col. B | E<br>Nontaxable<br>portion of transfer | F<br>Net Transfer<br>(subtract col. E<br>from col. D) |
|---|---|---|---|---|---|
| 1 | 3,952 | 0 | 3,952 | 0 | 3,952 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

If you elected gift splitting and your spouse was required to file a separate Form 709 (see the instructions for "Split Gifts"), you must enter all of the gifts shown on Schedule A, Part 2, of your spouse's Form 709 here.

In column C, enter the item number of each gift in the order it appears in column A of your spouse's Schedule A, Part 2. We have preprinted the prefix "S-" to distinguish your spouse's item numbers from your own when you complete column A of Schedule C, Part 3.

In column D, for each gift, enter the amount reported in column C, Schedule C, Part 1, of your spouse's Form 709.

| | Split gifts from<br>spouse's Form 709<br>(enter item number) | Value included<br>from spouse's<br>Form 709 | Nontaxable<br>portion of transfer | Net transfer<br>(subtract col. E<br>from col. D) |
|---|---|---|---|---|
| S- | | | | |
| S- | | | | |
| S- | | | | |
| S- | | | | |
| S- | | | | |
| S- | | | | |
| S- | | | | |
| S- | | | | |

## Part 2.—GST Exemption Reconciliation (Code section 2631) and Section 2652(a)(3) Election

Check box ▶ ☐ if you are making a section 2652(a)(3) (special QTIP) election (see instructions)

Enter the item numbers (from Schedule A) of the gifts for which you are making this election ▶ ............

| | | | |
|---|---|---|---|
| 1 | Maximum allowable exemption | 1 | $1,000,000 |
| | Total exemption used for periods before filing this return | 2 | 0 |
| 3 | Exemption available for this return (subtract line 2 from line 1) | 3 | 1,000,000 |
| 4 | Exemption claimed on this return (from Part 3, col. C total, below) | 4 | 3,952 |
| 5 | Exemption allocated to transfers not shown on Part 3, below. You must attach a Notice of Allocation. (See instructions.) | 5 | 0 |
| 6 | Add lines 4 and 5 | 6 | 3,952 |
| 7 | Exemption available for future transfers (subtract line 6 from line 3) | 7 | 996,048 |

## Part 3.—Tax Computation

| A<br>Item No<br>(from Schedule<br>C, Part 1) | B<br>Net transfer<br>(from Schedule C,<br>Part 1, col. F) | C<br>GST Exemption<br>Allocated | D<br>Divide col. C<br>by col. B | E<br>Inclusion Ratio<br>(subtract col. D<br>from 1.000) | F<br>Maximum Estate<br>Tax Rate | G<br>Applicable Rate<br>(multiply col. E<br>by col. F) | H<br>Generation-Skipping<br>Transfer Tax<br>(multiply col. B by col. G) |
|---|---|---|---|---|---|---|---|
| 1 | 3,952 | 3,952 | 1 | 0 | 55% (.55) | 0 | 0 |
| 2 | | | | | 55% (.55) | | |
| 3 | | | | | 55% (.55) | | |
| 4 | | | | | 55% (.55) | | |
| 5 | | | | | 55% (.55) | | |
| 6 | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |

| xemption claimed. Enter here and on line 4, Part 2. ...ve. May not exceed line 3. ...art 2, above | 3,952 | Total generation-skipping transfer tax. Enter here, on line 14 of Schedule A, Part 3, and on line 16 of the Tax Computation on page 1 | 0 |
|---|---|---|---|

(If more space is needed, attach additional sheets of same size.)

*U.S. Government Printing Office: 1991 — 616-725/40489

## EXHIBIT A

| Donee | Donor's Adjusted Basis | Date of Gift | Value at Date of Gift |
|---|---|---|---|
| Donee: Robert J. Osman<br>Relationship to Donor: Son<br>Address: 301 Bryant,<br>Denver, CO 80219<br>Gift: 57 shares of common stock of Schlosser Tool & Machinery Co. | ① 130,017 | 12-31-92 | ② $187,473 |
| Donee: Carolyn Osman<br>Relationship to Donor: Daughter-in-law<br>Address: 301 Bryant,<br>Denver, CO 80219<br>Gift: 125 shares of common stock of Schlosser Tool & Machinery Co. | 285,125<br>① £ 415,142 | 12-31-92 | 411,125<br>② ₤ 598,598 |
| Donee: Richard Osman<br>Relationship to Donor: Son<br>Address:<br>Gift: Cash | 5,000 | | 5,000 |
| Donee: Abraham J. Osman Irrevocable Trust dated November 21, 1989<br>EIN: 84-6230459<br>Address: c/o Robert Osman, Co-Trustee, 301 Bryant, Denver, CO 80219<br>Gift: Cash | 7,903<br>$428,045 | | 7,903<br>$611,501 |

## Allocation of Present Interest Annual Exclusion

| Beneficiary | Gift | Value of Gift | Annual Exclusion Amount |
|---|---|---|---|
| Robert J. Osman | Stock | $187,473 (A) | $10,000 |
| Carolyn Osman | Stock | 411,125 | 10,000 |
| Richard Osman | Cash | 5,000 | 5,000 |
| Beneficiaries of A.J. Osman Irrevocable Trust: | | | |
| Robert J. Osman | Cash | 3,952 | -0- |
| Richard Osman | Cash | 3,952 | 3,952 |
| Zachary Osman | Cash | 3,952 | <u>3,952</u> |
| | | | $32,904 |

(A) TP's valued Gift to Robert + Carolyn @ $598,598
   s/b

**Form 1040** — Calendar year 19 92

OMB No. 1545-0020
Expires 8-31-93

For Privacy Act Notice, see the Instruction

| Field | Value |
|---|---|
| 2. Donor's last name | Osman |
| First name and middle initial | Dorothy K. |
| 3. Social security number | |
| Address (number, street, and apartment number) | 1 Bryant |
| City, state, and ZIP code | Denver, CO 80219 |
| 5. Legal residence (Domicile) | Colorado |
| 7. Citizenship | USA |

## Part 1 — General Information

| | | Yes | No |
|---|---|---|---|
| 8 | If the donor died during the year, check here ▶ ☐ and enter date of death................., 19 ....... | | |
| 9 | If you received an extension of time to file this Form 709, check here ▶ ☐ and attach the Form 4868, 2688, 2350, or extension letter | | |
| 10 | Enter the total number of separate donees listed on Schedule A—count each person only once    [4] | | |
| 11a | Have you (the donor) previously filed a Form 709 (or 709-A) for any other year? If the answer is "No," do not complete line 11b | | X |
| 11b | If the answer to line 11a is "Yes," has your address changed since you last filed Form 709 (or 709-A)? | | |
| 12 | Gifts by husband or wife to third parties.—Do you consent to have the gifts (including generation-skipping transfers) made by you and by your spouse to third parties during the calendar year considered as made one-half by each of you? (See instructions.) (If the answer is "Yes," the following information must be furnished and your spouse must sign the consent shown below. If the answer is "No," skip lines 13–18 and go to Schedule A.) | | X |
| 13 | Name of consenting spouse | | |
| 14 | SSN | | |
| 15 | Were you married to one another during the entire calendar year? (See instructions.) | | |
| 16 | If the answer to 15 is "No," check whether ☐ married ☐ divorced or ☐ widowed, and give date (see instructions) ▶ | | |
| 17 | Will a gift tax return for this calendar year be filed by your spouse? | | |
| 18 | Consent of Spouse—I consent to have the gifts and generation-skipping transfers made by me and by my spouse to third parties during the calendar year considered as made one-half by each of us. We are both aware of the joint and several liability for tax created by the execution of this consent. | | |

Consenting spouse's signature ▶                                    Date ▶

## Part 2 — Tax Computation

| | | Amount |
|---|---|---|
| 1 | Enter the amount from Schedule A, Part 3, line 15 | 582,549 |
| 2 | Enter the amount from Schedule B, line 3 | 0 |
| 3 | Total taxable gifts (add lines 1 and 2) | 582,549 |
| 4 | Tax computed on amount on line 3 (see Table for Computing Tax in separate instructions) | 186,343 |
| 5 | Tax computed on amount on line 2 (see Table for Computing Tax in separate instructions) | 0 |
| 6 | Balance (subtract line 5 from line 4) | 186,343 |
| 7 | Maximum unified credit (nonresident aliens, see instructions) | 192,800 00 |
| 8 | Enter the unified credit against tax allowable for all prior periods (from Sch. B, line 1, col. C) | 0 |
| 9 | Balance (subtract line 8 from line 7) | 192,800 |
| 10 | Enter 20% (.20) of the amount allowed as a specific exemption for gifts made after September 8, 1976, and before January 1, 1977 (see instructions) | 0 |
| 11 | Balance (subtract line 10 from line 9) | 192,800 |
| 12 | Unified credit (enter the smaller of line 6 or line 11) | 186,343 |
| 13 | Credit for foreign gift taxes (see instructions) | 0 |
| 14 | Total credits (add lines 12 and 13) | 186,343 |
| 15 | Balance (subtract line 14 from line 6) (do not enter less than zero) | 0 |
| 16 | Generation-skipping transfer taxes (from Schedule C, Part 3, col. H, total) | 0 |
| 17 | Total tax (add lines 15 and 16) | 0 |
| 18 | Gift and generation-skipping transfer taxes prepaid with extension of time to file | 0 |
| 19 | If line 18 is less than line 17, enter BALANCE DUE (see instructions) | 0 |
| 20 | If line 18 is greater than line 17, enter AMOUNT TO BE REFUNDED | 0 |

Under penalties of perjury, I declare that I have examined this return, including any accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete. Declaration of preparer (other than donor) is based on all information of which preparer has any knowledge.

Donor's signature ▶                                              Date ▶

Preparer's signature (other than donor) ▶ *Janelle E. Segelberg*   Date ▶ 4-12-93

Preparer's address (other than donor) ▶ 303 E. 17th Avenue, #888, Denver, CO 80203

For Paperwork Reduction Act Notice, see page 1 of the separate Instructions for this form.    Cat. No. 16783M    Form **709** (Rev. 11-91)

### ble Gifts — Gift Tax. Gifts less political organization, medical, and educational exclusions—see instructions

| A Item number | B Donee's name, relationship to donor (if any), and address and description of gift. If the gift was made by means of a trust, enter trust's identifying number below and attach a copy of the trust instrument. If the gift was securities, enter the CUSIP number(s), if available. | C Donor's adjusted basis of gift | D Date of gift | E Value at date of gift |
|---|---|---|---|---|
| | See attached Exhibit A | | | |

**Part 2.—Gifts Which are Direct Skips and are Subject to Both Gift Tax and Generation-Skipping Transfer Tax.** You must list the gifts in chronological order. *Gifts less political organization, medical, and educational exclusions—see instructions. (Also list here direct skips that are subject only to the GST tax at this time as the result of the termination of an "estate tax inclusion period." See instructions.)*

| A Item number | B Donee's name, relationship to donor (if any), and address and description of gift. If the gift was made by means of a trust, enter trust's identifying number below and attach a copy of the trust instrument. If the gift was securities, enter the CUSIP number(s), if available. | C Donor's adjusted basis of gift | D Date of gift | E Value at date of gift |
|---|---|---|---|---|
| 1 | Donee: Abraham J. Osman Irrevocable Trust dated 11-21-89<br>EIN: 84-6230459<br>Address: c/o Robert Osman, Co-Trustee 301 Bryant, Denver, CO 80219<br>Gift: Cash | 3,952 | | 3,952 |

### Part 3.—Gift Tax Reconciliation

| | | |
|---|---|---|
| 1 | Total value of gifts of donor (add column E of Parts 1 and 2) | 615,453 |
| 2 | One-half of items .......... attributable to spouse (see instructions) | 0 |
| 3 | Balance (subtract line 2 from line 1) | 615,453 |
| 4 | Gifts of spouse to be included (from Schedule A, Part 3, line 2 of spouse's return—see instructions) | 0 |
| | If any of the gifts included on this line are also subject to the generation-skipping transfer tax, check here ► ☐ and enter those gifts also on Schedule C, Part 1. | |
| 5 | Total gifts (add lines 3 and 4) | 615,453 |
| 6 | Total annual exclusions for gifts listed on Schedule A (including line 4, above) (see instructions) | 32,904 |
| 7 | Total included amount of gifts (subtract line 6 from line 5) | 582,549 |

Deductions (see instructions)

| | | | |
|---|---|---|---|
| 8 | Gifts of interests to spouse for which a marital deduction will be claimed, based on items .......... of Schedule A | 8 | 0 |
| 9 | Exclusions attributable to gifts on line 8 | 9 | 0 |
| 10 | Marital deduction—subtract line 9 from line 8 | 10 | 0 |
| 11 | Charitable deduction, based on items .......... to .......... less exclusions | 11 | 0 |
| 12 | Total deductions—add lines 10 and 11 | 12 | 0 |
| 13 | Subtract line 12 from line 7 | 13 | 582,549 |
| 14 | Generation-skipping transfer taxes payable with this Form 709 (from Schedule C, Part 3, col. H, Total) | 14 | 0 |
| 15 | Taxable gifts (add lines 13 and 14). Enter here and on line 1 of the Tax Computation on page 1 | 15 | 582,549 |

(If more space is needed, attach additional sheets of same size.)

...uon of ...ble Gifts (continued)

...minable Interest (QTIP) Marital Deduction  (See Instructions.)

If a trust (or other property) meets the requirements of qualified terminable interest property under section 2523(f), and

a. the trust (or other property) is listed on Schedule A, and

the value of the trust (or other property) is entered in whole or in part as a deduction on line 8, Part 3 of Schedule A,

the donor shall be deemed to have made an election to have such trust (or other property) treated as qualified terminable interest property ...ection 2523(f).

...ess than the entire value of the trust (or other property) that the donor has included in Part 1 of Schedule A is entered as a deduction on line 8, the donor shall be considered to have made an election only as to a fraction of the trust (or other property). The numerator of this fraction is equal to the amount of the trust (or other property) deducted on line 10 of Part 3. The denominator is equal to the total value of the trust (or other property) listed in Part 1 of Schedule A.

If you make the QTIP election (see instructions for line 8 of Schedule A), the terminable interest property involved will be included in your spouse's gross estate upon his or her death (section 2044). If your spouse disposes (by gift or otherwise) of all or part of the qualifying life income interest, he or she will be considered to have made a transfer of the entire property that is subject to the gift tax (see Transfer of Certain Life Estates on page 3 of the instructions).

**17 Election out of QTIP Treatment of Annuities**

☐ ◄ Check here if you elect under section 2523(f)(6) NOT to treat as qualified terminable interest property any joint and survivor annuities that are reported on Schedule A and would otherwise be treated as qualified terminable interest property under section 2523(f). (See instructions.) Enter the item numbers (from Schedule A) for the annuities for which you are making this election ▶

## SCHEDULE B — Gifts From Prior Periods

If you answered "Yes" on line 11a of Page 1, Part 1, see the instructions for completing Schedule B. If your answer is "No," skip to the Tax Computation on Page 1 (or Schedule C, if applicable).

| A<br>Calendar year or calendar quarter (see instructions) | B<br>Internal Revenue office where prior return was filed | C<br>Amount of unified credit against gift tax for periods after December 31, 1976 | D<br>Amount of specific exemption for prior periods ending before January 1, 1977 | E<br>Amount of taxable gifts |
|---|---|---|---|---|
|   | N/A |   |   |   |

| | | | |
|---|---|---|---|
| 1 | Totals for prior periods (without adjustment for reduced specific exemption) . . . . . . . . . . . . . . . . . . . .  **1**  –0– | –0– | –0– |
| 2 | Amount, if any, by which total specific exemption, line 1, column D, is more than $30,000 . . . . . . **2** | | –0– |
| 3 | Total amount of taxable gifts for prior periods (add amount, column E, line 1, and amount, if any, on line 2) (Enter here and on line 2 of the Tax Computation on page 1.) . . . . . . . . . . . . . **3** | | –0– |

*(If more space is needed, attach additional sheets of same size.)*

## Generation-Skipping Transfer Tax

...gifts which are completely excluded by the GST exemption must still be fully reported (including value and exclusions claimed) on Schedule C.

### Part 1.—Generation-Skipping Transfers

| A<br>Item No.<br>(from Schedule A,<br>Part 2, col. A) | B<br>Value<br>(from Schedule A,<br>Part 2, col. E) | C<br>Split Gifts<br>(enter ½ of col. B)<br>(see instructions) | D<br>Subtract col. C<br>from col. B | E<br>Nontaxable<br>portion of transfer | F<br>Net Transfer<br>(subtract col. E<br>from col. D) |
|---|---|---|---|---|---|
| 1 | 3,952 | 0 | 3,952 | 0 | 3,952 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

If you elected gift splitting and your spouse was required to file a separate Form 709 (see the instructions for "Split Gifts"), you must enter all of the gifts shown on Schedule A, Part 2, of your spouse's Form 709 here.

In column C, enter the item number of each gift in the order it appears in column A of your spouse's Schedule A, Part 2. We have preprinted the prefix "S-" to distinguish your spouse's item numbers from your own when you complete column A of Schedule C, Part 3.

In column D, for each gift, enter the amount reported in column C, Schedule C, Part 1, of your spouse's Form 709.

| Split gifts from<br>spouse's Form 709<br>(enter item number) | Value included<br>from spouse's<br>Form 709 | Nontaxable<br>portion of transfer | Net transfer<br>(subtract col. E<br>from col. D) |
|---|---|---|---|
| S- | | | |
| S- | | | |
| S- | | | |
| S- | | | |
| S- | | | |
| S- | | | |
| S- | | | |
| S- | | | |

### Part 2.—GST Exemption Reconciliation (Code section 2631) and Section 2652(a)(3) Election

Check box ▶ ☐ if you are making a section 2652(a)(3) (special QTIP) election (see instructions)

Enter the item numbers (from Schedule A) of the gifts for which you are making this election ▶ ...........

| | | |
|---|---|---|
| 1 | Maximum allowable exemption | $1,000,000 |
| 2 | Total exemption used for periods before filing this return | 0 |
| 3 | Exemption available for this return (subtract line 2 from line 1) | 1,000,000 |
| 4 | Exemption claimed on this return (from Part 3, col. C total, below) | 3,952 |
| 5 | Exemption allocated to transfers not shown on Part 3, below. You must attach a Notice of Allocation. (See instructions.) | 0 |
| 6 | Add lines 4 and 5 | 3,952 |
| 7 | Exemption available for future transfers (subtract line 6 from line 3) | 996,048 |

### Part 3.—Tax Computation

| A<br>Item No.<br>(from Schedule<br>C, Part 1) | B<br>Net transfer<br>(from Schedule C,<br>Part 1, col. F) | C<br>GST Exemption<br>Allocated | D<br>Divide col. C<br>by col. B | E<br>Inclusion Ratio<br>(subtract col. D<br>from 1,000) | F<br>Maximum Estate<br>Tax Rate | G<br>Applicable Rate<br>(multiply col. E<br>by col. F) | H<br>Generation-Skipping<br>Transfer Tax<br>(multiply col. B by col. G) |
|---|---|---|---|---|---|---|---|
| 1 | 3,952 | 3,952 | 1 | 0 | 55% (.55) | 0 | 0 |
| 2 | | | | | 55% (.55) | | |
| 3 | | | | | 55% (.55) | | |
| 4 | | | | | 55% (.55) | | |
| 5 | | | | | 55% (.55) | | |
| 6 | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |
| | | | | | 55% (.55) | | |

| Total exemption claimed. Enter here and on line 4, Part 2, above. May not exceed line 3, Part 2, above | 3,952 | Total generation-skipping transfer tax. Enter here, on line 14 of Schedule A, Part 3, and on line 16 of the Tax Computation on page 1 | 0 |
|---|---|---|---|

(If more space is needed, attach additional sheets of same size.)     *U.S. Government Printing Office: 1991 — 616-729/40489

409.019

## EXHIBIT A

| Donee | Donor's Adjusted Basis | Date of Gift | Value at Date of Gift |
|---|---|---|---|
| Donee: Robert J. Osman<br>Relationship to Donor: Son<br>Address: 301 Bryant, Denver, CO 80219<br>Gift: 57 shares of common stock of Schlosser Tool & Machinery Co. | 130,017 | 12-31-92 | $187,473 |
| Donee: Carolyn Osman<br>Relationship to Donor: Daughter-in-law<br>Address: 301 Bryant, Denver, CO 80219<br>Gift: 125 shares of common stock of Schlosser Tool & Machinery Co. | 285,125 | 12-31-92 | 411,125 |
| Donee: Richard Osman<br>Relationship to Donor: Son<br>Address:<br>Gift: Cash | 5,000 | | 5,000 |
| Donee: Abraham J. Osman Irrevocable Trust dated November 21, 1989<br>EIN: 84-6230459<br>Address: c/o Robert Osman, Co-Trustee, 301 Bryant, Denver, CO 80219<br>Gift: Cash | 7,903 | | 7,903 |
| | | | $611,501 |

409.020

## Allocation of Present Interest Annual Exclusion

| Beneficiary | Gift | Value of Gift | Annual Exclusion Amount |
|---|---|---|---|
| Robert J. Osman | Stock | $187,473 | $10,000 |
| Carolyn Osman | Stock | 411,125 | 10,000 |
| Richard Osman | Cash | 5,000 | 5,000 |
| Beneficiaries of A.J. Osman Irrevocable Trust: | | | |
| Robert J. Osman | Cash | 3,952 | -0- |
| Richard Osman | Cash | 3,952 | 3,952 |
| Zachary Osman | Cash | 3,952 | <u>3,952</u> |
| | | | $32,904 |

409.021