TROY A. EID
United States Attorney
District of Colorado
1225 Seventeenth Street
Denver, CO 80202

RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>  Plaintiffs,<br><br>     v.<br><br>United States of America,<br><br>  Defendant. | Civil No. 06-cv-02318-MSK |

UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO REPLY TO PLAINTIFFS' RESPONSE TO THE
UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States of America, by its undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1(B), moves the Court for an extension of time, until November 9, 2007, to file its Reply to Plaintiffs Abraham J. and Dorothy K. Osman's

("Plaintiffs'") Response to Defendant's Motion for Summary Judgment (the "Opposition"), filed on October 10, 2007 (Doc. # 29), for the following reasons:

1.  Plaintiffs filed the Opposition on October 10, 2007. Accordingly, pursuant to Local Rule 56.1(A), the United States' Reply is currently due on October 25, 2007.

2.  Primary counsel for the United States has been selected to participate in an intensive, ten-day course at the Department of Justice's National Advocacy Center between October 15 and 25th, 2007, during which counsel will be unable to devote any substantial attention to this or any other matter. Under the briefing schedule in effect for this matter when counsel agreed to attend the course, the United States' reply date did not conflict with the course's schedule. However, under the briefing schedule as recently adjusted, counsel for the United States will be attending the course, and unable to devote any substantial attention to this matter, during virtually the entire period allowed to the United States for drafting its Reply.

3.  Therefore, the United States requests an extension of time, until November 9, 2007, to respond to the Opposition.

4.  Counsel for the United States conferred with Plaintiffs' counsel Kevin A. Planegger on October 11, 2007, and Mr. Planegger has no objection to the requested extension.

5.  The requested extension is not being made for purposes of delay, but to allow for the United States to devote an appropriate amount of attention to its Reply.

The United States obtained one previous extension of time to file its Answer in this matter.

WHEREFORE the United States prays that the Court extend the time to file its Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment until November 9, 2007, and grant such other and further relief as is just and proper.

TROY A. EID
United States Attorney

Dated: October 12, 2007        s/ Michael G. Pitman
RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938