UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Civil No. 1:06-cv-02318-MSK |

[PROPOSED] ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that Defendant United States of America shall have until November 9, 2007, to file its Reply to Plaintiffs Abraham J. and Dorothy K. Osman's Response to Defendant's Motion for Summary Judgment, filed on October 10, 2007 (Doc. # 29).

Dated _____, 2007.

_____
UNITED STATES DISTRICT JUDGE