CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT and PROPOSED ORDER has been made this 12th day of October, 2007, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439
>
>Cynthia J. Olson
>Associate Area Counsel
>Internal Revenue Service
>1244 Speer Blvd., Suite 500
>Denver, Colorado 80204-3583

>>s/ Michael G. Pitman
>>MICHAEL G. PITMAN
>>Trial Attorney, Tax Division
>>U.S. Dept. of Justice