IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

_____

ORDER

_____

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that Defendant United States of America shall have until November 9, 2007, to file its Reply to Plaintiffs Abraham J. and Dorothy K. Osman's Response to Defendant's Motion for Summary Judgment, filed on October 10, 2007 (Doc. # 29).

DATED this 12th day of October, 2007.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge