## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT UNITED STATES OF AMERICA'S REPLY TO PLAINTIFFS' RESPONSE TO THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT has been made this 9th day of November, 2007, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439

>s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Dept. of Justice