TROY A. EID
United States Attorney
District of Colorado
1225 Seventeenth Street
Denver, CO 80202

RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Civil No.  06-cv-02318-MSK |

UNITED STATES' UNOPPOSED MOTION TO
RESCHEDULE FINAL PRETRIAL CONFERENCE

The United States of America (the "United States"), by its undersigned counsel, moves the Court for an order rescheduling the Final Pretrial Conference, currently scheduled for Friday, January 4, 2008, at 4:00 p.m., because holding the Final Pretrial Conference as scheduled would almost certainly be unproductive.  The United States'

Motion for Summary Judgment (Doc. # 23) is currently pending before the Court. Clearly, if the Court grants the United Stats' dispositive motion, the Final Pretrial Conference will be completely obviated.  In any event, until there is a ruling on the United States Motion for Summary Judgment, the parties will not be in a position to determine which claims and affirmative defenses will be tried, which facts are disputed, or what evidence will be presented.

Counsel for the United States conferred with Plaintiffs' counsel Kevin A. Planegger on January 2, 2008, and Mr. Planegger has no objection to rescheduling the Final Pretrial Conference as requested herein.

WHEREFORE the United States prays that the Court reschedule the Final Pretrial Conference for a date 30 days after the Court issues a ruling on the United States' Motion for Summary Judgment.

|  |  |
|---|---|
|  | TROY A. EID<br>United States Attorney |
| Dated:  January 2, 2008 | s/ Michael G. Pitman<br>RICKEY WATSON<br>MICHAEL G. PITMAN<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Telephone: (202) 305-7938 |