UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Civil No.  1:06-cv-02318-MSK |

[PROPOSED] ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that the Final Pretrial Conference will occur 30 days after the Court issues a ruling on the United States' Motion for Summary Judgment, filed on September 7, 2007 (Doc. # 23).

Dated _____, 2008.

_____
UNITED STATES DISTRICT JUDGE