CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' UNOPPOSED MOTION TO RESCHEDULE FINAL PRETRIAL CONFERENCE and PROPOSED ORDER has been made this 2nd day of January, 2008, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439
>
>Cynthia J. Olson
>Associate Area Counsel
>Internal Revenue Service
>1244 Speer Blvd., Suite 500
>Denver, Colorado 80204-3583

>s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Dept. of Justice