IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER RESETTING FINAL PRETRIAL CONFERENCE**
_____

THIS MATTER comes before the Court *sua sponte*. A scheduling conflict exists at the time this matter is set for a Final Pretrial Conference. Accordingly,

**IT IS ORDERED** that the Final Pretrial Conference previously set for January 31, 2008, at 4:00 p.m. is hereby reset to **2:00 p.m. on that same date**.

DATED this 11th day of January, 2008.

                          **BY THE COURT:**

                          _____
                          Marcia S. Krieger
                          United States District Judge