# JUDGE MARCIA S. KRIEGER
## Exhibit List

Case No. <u>06-cv-2318-MSK-MJW</u>

Caption:  <u>Abraham J. Osman & Dorothy K. Osman v. United States of America</u>

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | US0203-US0229: Valuation dated 10/20/92 | | | | | |
| | | US0197-US0202: Promissory Note dated 12/31/92 | | | | | |
| | | UA0805-US0807: Pledge Agreement dated 12/31/92 | | | | | |
| | | US0857-US0858: Promissory Note dated 4/11/97 | | | | | |
| | | US0854-US0856: Promissory Note dated 6/24/98 | | | | | |
| | | US0845-US0853: Independent Accounts' Report dated 12/31/98 | | | | | |
| | | US0588-US0614: Valuation dated 7/19/99 | | | | | |
| | | US0832-US0835: Compromise Agreement dated 4/18/00 | | | | | |
| | | US0973-US0977: Letter to the IRS from Paul Egan dated 6/26/02 | | | | | |
| | | US0661-US0667: 1999 Form 1040 | | | | | |
| | | US0668-US0681: 1998 Original and Amended Returns | | | | | |
| | | US0682-US0695: 1997 Original and Amended Returns | | | | | |
| | | US0696-US0708: 1996 Original and Amended Returns | | | | | |
| | | US0709-US0721: 1995 Original and Amended Returns | | | | | |
| | | US0722-US0737: 1994 Original and Amended Returns | | | | | |
| | | US0738-US0752: 1993 Original and Amended Returns | | | | | |
| | | US0904, US0907, US0910-US0911: Form 1045-Application for Tentative Refund | | | | | |