IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No.  <u>06-cv-2318-MSK-MJW</u>

Caption:  <u>Abraham J. Osman & Dorothy K. Osman v. United States of America</u>

**PLAINTIFF/DEFENDANT WITNESS LIST**

<u>WITNESS</u>              <u>TIME ESTIMATED FOR EXAMINATION</u>

| | Plaintiffs' Direct | Defendant's Cross | Defendant's Direct | Plaintiffs' Cross |
|---|---|---|---|---|
| Abraham J. Osman | 2 hours | 1 hour | 2 hours | 1 hour |
| Robert J. Osman | 2 hours | 1 hour | 2hours | 1 hour |