UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>    Plaintiffs,<br><br>            v.<br><br>United States of America,<br><br>    Defendant. | Civil No. 1:06-cv-02318-MSK |

[PROPOSED] ORDER

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED the United States is excused from the requirement that a person with full settlement authority attend the Final Pretrial Conference.

Dated _____, 2008.

_____
UNITED STATES DISTRICT JUDGE