CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' EX

PARTE APPLICATION FOR RELIEF FROM REQUIREMENT THAT AN INDIVIDUAL

WITH FULL SETTLEMENT AUTHORITY ATTEND THE FINAL PRETRIAL

CONFERENCE has been made this 28th day of January, 2008, by placing copies in the

United States Mail addressed to the following:

> Garret Marsh Francis
> Kevin A. Planegger
> Theodore (Ted) H. Merriam
> Merriam Law Firm, P.C.
> 1625 Broadway, #770
> Denver, CO 80202
> 303-592-5404
> Fax: 303-592-5439

> s/ Michael G. Pitman
> MICHAEL G. PITMAN
> Trial Attorney, Tax Division
> U.S. Dept. of Justice