IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

        Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

        Defendant.

_____

**ORDER DENYING UNITED STATES' EX PARTE APPLICATION**
_____

    **THIS MATTER** comes before the Court pursuant to the United States' Ex Parte

Application for Relief from Requirement that an Individual with Full Settlement Authority Attend

the Final Pretrial Conference (Motion) **(#39)**.  Having reviewed the Motion, the Court

    **FINDS** that:

    1.  The United States has not complied with applicable provisions of the Federal Rules of

Civil Procedure or the United States District Court for the District of Colorado Local Rules of

Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A).

    2.  The United States did not submit a proposed order as part of the electronic filing, nor

submit a proposed order in WordPerfect or Word  format to chambers by electronic mail.  Both

acts are required by D.C. Colo. ECF Proc. V.L.2.

    **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

    DATED this 28th of January, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge