TROY A. EID
United States Attorney
District of Colorado
1225 Seventeenth Street
Denver, CO 80202

RICKEY WATSON
MICHAEL G. PITMAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7938

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Abraham J. Osman, & Dorothy K. Osman,<br><br>  Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>  Defendant. | Civil No.  06-cv-02318-MSK |

UNITED STATES' UNOPPOSED MOTION FOR RELIEF FROM REQUIREMENT
THAT AN INDIVIDUAL WITH FULL SETTLEMENT AUTHORITY
ATTEND THE FINAL PRETRIAL CONFERENCE

The United States of America ("United States"), by and through its undersigned

counsel, requests that the Court excuse the United States from the requirement – found

in the Court's Pre-trial Preparation and Trial Setting Order, entered on March 26, 2007,

(Doc. # 14) – that a representative of the United States with full authority to approve

settlements personally attend the Final Pretrial Conference, now set for January 31, 2008, at 2:00 p.m., and states as follows in support:

Under 26 U.S.C. § 7122, settlement authority for this case rests with the Attorney General of the United States or his delegate.  The case may be settled by delegates of the Attorney General only in accordance with regulations published in 28 C.F.R. §§ 0.70, 0.160, 0.162, 0.164, 0.166, and 0.168, and Tax Division Directive No. 105, published in 28 C.F.R. Part O, Subpart Y, Appendix, as effective on June 14, 1995 ("Settlement Regulations").  Justice Department regulations confining settlement authority to selected officers and officials are valid and binding.  *See White v. United States Dep't of Interior*, 639 F. Supp. 82, 88-90 (M.D. Pa. 1986); *Bohlen v. United States*, 623 F. Supp. 595, 596-97 (C.D. Ill. 1985).  Pursuant to the Settlement Regulations, Richard R. Ward, Chief of the Tax Division's Civil Trial Section for the Western Region, is authorized to accept or reject settlement offers in this case.

Mr. Ward's office is in Washington, D.C., and he currently supervises 24 trial attorneys and 13 support staff members.  He is directly responsible for more than 600 active cases assigned to trial attorneys in his office, 700 additional cases pending in the Tax Divisions of the United States Attorneys' Offices in Los Angeles and San Francisco, and many more tax cases that are handled by Assistant United States Attorneys and Special Assistant United States Attorneys throughout the Western Region.  Accordingly, it is not feasible for Mr. Ward to appear in person for every case he is authorized to settle.  *See In re Stone*, 986 F.2d 898, 904-05 (5th Cir. 1993).

The Tax Division is committed to the just and efficient resolution of all cases involving the United States. In accordance with the regulations promulgated by the Attorney General, the Tax Division has adopted procedures to make final pretrial conferences as productive as possible. The United States is usually represented at final pretrial conferences by the trial attorney with primary responsibility for handling the case, and, pursuant to 28 U.S.C. §§ 515 - 519, the trial attorney may negotiate settlements and recommend that the authorized official accept them. In this case, the United States is represented by two trial attorneys, both of whom will discuss the case thoroughly with Mr. Ward before the Final Pretrial Conference in order to determine the range of settlement offers that would be acceptable to the United States. The trial attorney with primary responsibility for handling the case will personally attend the Final Pretrial Conference. Should the Court excuse the United States from the requirement that an individual with full settlement authority personally attend the Final Pretrial Conference, Mr. Ward will be available by telephone throughout the duration of the Final Pretrial Conference in case a settlement must be authorized.

Counsel for the United States conferred with Plaintiffs' counsel Kevin A. Planegger on January 28, 2008, and Mr. Planegger has no objection to the relief requested herein.

WHEREFORE the United States respectfully requests that it be excused from the requirement that a person with full settlement authority attend the Final Pretrial Conference.

                                                  TROY A. EID
                                                  United States Attorney

Dated: January 28, 2008             s/ Michael G. Pitman
                                                  RICKEY WATSON
                                                  MICHAEL G. PITMAN
                                                  Trial Attorneys, Tax Division
                                                  U.S. Department of Justice
                                                  P.O. Box 683
                                                  Ben Franklin Station
                                                  Washington, D.C. 20044-0683
                                                  Telephone: (202) 305-7938