UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Abraham J. Osman, & Dorothy K.
Osman,

      Plaintiffs,

            v.

United States of America,

      Defendant.

Civil No.  1:06-cv-02318-MSK

[PROPOSED] ORDER

Upon motion of the United States of America, and for good cause shown, it is

hereby ORDERED the United States is  excused from the requirement that a person

with full settlement authority attend the Final Pretrial Conference.

Dated _____, 2008.

_____
UNITED STATES DISTRICT JUDGE