CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' UNOPPOSED MOTION FOR RELIEF FROM REQUIREMENT THAT AN INDIVIDUAL WITH FULL SETTLEMENT AUTHORITY ATTEND THE FINAL PRETRIAL CONFERENCE has been made this 28th day of January, 2008, by placing copies in the United States Mail addressed to the following:

>Garret Marsh Francis
>Kevin A. Planegger
>Theodore (Ted) H. Merriam
>Merriam Law Firm, P.C.
>1625 Broadway, #770
>Denver, CO 80202
>303-592-5404
>Fax: 303-592-5439

>s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Dept. of Justice