IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.
_____

### ORDER GRANTING UNOPPOSED MOTION
_____

      THIS MATTER comes before the Court on the United States' Unopposed Motion for Relief from Requirement that an Individual with Full Settlement Authority Attend the Final Pretrial Conference (Motion) **(#41)**.  Having reviewed the Motion,

      **IT IS ORDERED** that the Motion is **GRANTED**.  Mr. Ward shall be permitted to appear by telephone throughout the duration of the Final Pretrial Conference in this matter.  To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than the close of business on January 30, 2008, to make arrangements.

      DATED this 29th day of January, 2008.

      **BY THE COURT:**

      */s/ Marcia S. Krieger*
      _____
      Marcia S. Krieger
      United States District Judge