# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman

Date: January 31, 2008

Civil Action No. 06-cv-02318-MSK-MJW

*Parties*:

ABRAHAM J. OSMAN,
DOROTHY K. OSMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

*Counsel Appearing:*

Kevin Planegger

Michael Pittman

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**2:03 p.m.**     **Court in session.**

Mr. Osman and counsel Kevin Planneger are present. Defense counsel Michael Pittman is present and Richard Ward, Chief of Tax Division and representative of defendant, is present by telephone.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Motion for Summary Judgment **(Doc. #23)** is **GRANTED.** Judgment will enter in favor of the Defendant, and the Clerk of the Court will close this case.

**2:35 p.m.**     **Court in recess.**

**Total Time:**     **32 minutes.**
**Hearing concluded.**