IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02318-MSK-MJW

ABRAHAM J. OSMAN, and
DOROTHY K. OSMAN,

       Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

_____

## JUDGMENT
_____

       **PURSUANT TO** the Court's oral ruling of January 31, 2008, granting the Defendant's Motion for Summary Judgment, judgment is hereby entered in favor of the Defendant, United States of America, against the Plaintiffs, Abraham J. Osman and Dorothy K. Osman, on all claims in this action, with costs pursuant to Fed. R. Civ. P. 54(d)(1).

       Dated this 31st day of January, 2008

       **BY THE COURT:**

       *[signature: Marcia S. Krieger]*

       Marcia S. Krieger
       United States District Judge